CINCINNATI BAR ASSOCIATION *v.* FREEDMAN.

[Cite as Cincinnati Bar Assn. *v.* Freedman (1990), 49 Ohio St. 3d 65.]

(No. 89-1237—Submitted November 8, 1989—Decided February 21, 1990.)

*D. Michael Poast, Hollis A. Moore III, Constance A. Hill, Edwin W. Patterson III* and *W. Deems Clifton II,* for relator.

*James N. Perry,* for respondent.

*Per Curiam.* Respondent intended to, and for a short time did, thwart the administration of justice. He obtained and kept contraband which he knew the federal authorities, armed with a search warrant, sought. This is a

serious crime. Therefore, we agree with the board's findings of fact and conclusions of law, but order that respondent be permanently disbarred. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., dissents.

H. BROWN, J., dissenting. In my judgment, indefinite suspension would be the appropriate penalty in this case.